IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRUCE BERNARD TOWNSEND, )
         Plaintiff, )
         v. )   CIVIL ACTION NO.: CV206-296
JOSE VAZQUEZ, Warden; )
BUREAU OF PRISONS, and )
ALBERTO GONZALES, )
Attorney General, )
         Defendants. )

### ORDER

Plaintiff filed a "Release of Prisoner on Personal Recognizance Pursuant to Rule #23." He is asking that his possible transfer to a "Camp" be stayed "if it is found that Release pending review should be granted." Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 19th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)