IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 19 P 3: 24

L. LaVictoire
CLERK_____
OF GA.

BRUCE BERNARD TOWNSEND,  )
                         )
        Plaintiff,       )     CIVIL ACTION NO.: CV206-296
                         )
   v.                    )
                         )
JOSE VAZQUEZ, Warden;    )
BUREAU OF PRISONS, and   )
ALBERTO GONZALES,        )
Attorney General,        )
                         )
        Defendants.      )

## ORDER

Plaintiff filed a "Release of Prisoner on Personal Recognizance Pursuant to Rule #23." He is asking that his possible transfer to a "Camp" be stayed "if it is found that Release pending review should be granted." Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 19th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)