FILED
U.S. DISTRICT COURT
2007 FEB -1 A 9:30
CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

BRUCE BERNARD TOWNSEND,

Plaintiff,

v.

JOSE VAZQUEZ, Warden;
BUREAU OF PRISONS, and
ALBERTO GONZALES,
Attorney General,

Defendants.

CIVIL ACTION NO.: CV206-296

## ORDER

Plaintiff has moved this Court for voluntary dismissal of the captioned action. Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's Motion to Dismiss is hereby **GRANTED**. Plaintiff's case is **DISMISSED**, without prejudice.

**SO ORDERED**, this 31st day of January, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA