AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRUCE BERNARD TOWNSEND

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-296

JOSE VAZQUEZ, Warden;
BUREAU OF PRISONS, and
ALBERTO GONZALES, Attorney General

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court dated February 1, 2007, which Plaintiff moved this Court for voluntary dismissal of the captioned action. Plaintiff's Motion to Dismiss is hereby GRANTED. Plaintiff's case is DISMISSED, without prejudice.

2/1/2007
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03